

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANTHONY BURNETT, )<br>)<br>Petitioner-Appellant, )<br>)<br>vs. )<br>)<br>)<br>WARDEN, )<br>ATTORNEY GENERAL, STATE )<br>OF GEORGIA, )<br>)<br>Respondents-Appellees. ) | Case No. CV1:15-186 |

## O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. This Court's Order of January 6, 2016, is final in all respects.

**SO ORDERED**, this 26th day of July, 2016.

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA